# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| In Re:<br><br>Park Supply of America, Inc.,<br><br>Debtor. | Case No.: 22-40003-WJF<br><br>Chapter 11 |
|---|---|

## AMENDED REPORT ON BALLOT TABULATION

| Class 1-A (1 Ballot Cast) | Accepting:<br>Rejecting:<br>Percent Accepting: | #1  $1,250,000<br>#0<br>100.0% in Number and Amount |
|---|---|---|
| Class 2-A (8 Ballots Cast) | Accepting:<br>Rejecting:<br>Percent Accepting: | #6  $898,949.96<br>#2  $2,585,859.81[1]<br>75% in Number, 25.8% in Amount |
| Class 2-B (12 Ballots Cast) | Accepting:<br>Rejecting:<br>Percent Accepting: | #12 $38,835.82[2]<br>#0<br>100.0% in Number and Amount |
| Class 3-A (1 Ballot Cast) | Accepting:<br>Rejecting:<br>Percent Accepting: | #0<br>#1  $0.00<br>0.0% in Number and Amount |

I certify under penalty of perjury that I have examined the ballots in this case and the report above is an accurate summary of those ballots to the best of my knowledge, information or belief.

---

[1] The two rejecting ballots in Class 2-A were filed by Pecos Enterprises, LLC and Bradley Parkhill (former officer of the Debtor). The claims of each of these parties are contingent, unliquidated, and disputed by the Debtor.

[2] Four of the accepting ballots cast in Class 2-B did not identify an amount of the creditors claim. The calculation included herein utilized the Debtor's scheduled amount of the creditors claim as the Debtor did not schedule any of the affected claims as contingent, unliquidated or disputed in its schedules (*see*, ECF # 1)

2522533 v1

Executed on: September 6, 2022

**FOLEY & MANSFIELD, PLLP**

/s/ Cameron A. Lallier
Cameron A. Lallier (#393213)
250 Marquette Avenue, Suite 1200
Minneapolis, MN  55401
(612) 338-8788

clallier@foleymansfield.com

Attorneys for Debtors

2522533 v1