# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Case No.: 22-40003-WJF |
| Park Supply of America, Inc., | Chapter 11 |
| Debtor. | |

## ORDER DISALLOWING CLAIMS

This matter came before the Court upon the motion of the Debtor, seeking an order disallowing the claim filed Bradley Parkhill, entered as Claim No. 13 in the amount of $2,240,117.05. Based upon the motion, the file and the records herein,

**IT IS HEREBY ORDERED:**

1. The Debtor's motion is **GRANTED**.

2. Claim No. 13 filed by Bradley Parkhill, in the amount of $2,240,117.05, is disallowed.

Dated: *November 08, 2022*

*/e/William J. Fisher*
William J. Fisher
United States Bankruptcy Judge